IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM FRANKLIN DOBROVOLNY,

    Plaintiff,

vs.

C.K. PLILER, Warden, et al.,

    Defendants.

No. CIV S-03-2244 FCD GGH P

<u>ORDER</u>

/

    Pursuant to the order filed on September 26, 2005, the court hereby re-sets the pretrial conference in this matter on the papers before the undersigned for March 15, 2006. Trial is re-set for June 13, 2006, at 9:00 a.m., before the Honorable Frank C. Damrell, Jr.

    If the parties elect to proceed upon the pretrial statements already filed, on August 10, 2005 and on August 31, 2005, respectively, they may do so. Should plaintiff wish to amend his pretrial statement, he must file an amended pretrial statement by no later than February 22, 2006; if defendants intend to file an amended pretrial statement, it must be filed on or before March 8, 2006. If any party does not file an amended pretrial statement, the court will proceed

\\\\\

\\\\\

\\\\\

1  on that party's previously filed statement.  If any party does file an amended pretrial statement, or
2  both do, the court will consider only any party's amended pretrial statement.
3           IT IS SO ORDERED.
4  DATED: 10/3/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
dobr2244.rst