UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

WILLIAM FRANKLIN DOBROVOLNY,

        Plaintiff,

  vs.

C.K. PLILER, Warden, et al.,

        Defendants.

                                          /

No. CIV S-03-2244 FCD GGH P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        William Franklin Dobrovolny, inmate # C-93743, a necessary and material witness in proceedings in this case on September 1, 2006, is confined in California State Prison, Sacramento, Prison Road, P.O. Box 290002, Represa, California 95671-0002, in the custody of the Warden Scott M. Kernan; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Frank C. Damrell Jr., to appear by video-conferencing at California State Prison, Sacramento, September 1, 2006, at 2:30 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Scott M. Kernan, California State Prison, Sacramento, Prison Road, P.O. Box 290002, Represa, California 95671-0002:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 7/25/06

                                                                      /s/ Gregory G. Hollows

                                                                      GREGORY G. HOLLOWS
                                                                      UNITED STATES MAGISTRATE JUDGE

GGH:mp
dobr2244.841tch